

# Fourth Court of Appeals
## San Antonio, Texas

January 10, 2023

No. 04-22-00812-CV

**IN THE INTEREST OF S.E.J., S.D.J., AND J.J.**, Children,

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2021PA00964
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

This is an accelerated appeal of an order terminating Appellant's parental rights which must be disposed of by this court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2.

Appellant's brief was due on January 2, 2023. *See* TEX. R. APP. P. 38.6(a). After the due date, Appellant moved for an extension of time to file the brief until January 24, 2023.

Appellant's motion is granted; the brief is due on January 24, 2023.

Given the time constraints governing the disposition of this appeal, further requests for extensions of time will be disfavored.

Entered this 10th day of January, 2023.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ, Clerk of Court